CLOSED, JURY, MDL

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Beaumont)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00640-TH
# Internal Use Only

Stewart et al v. C.R. Bard, Inc et al
Assigned to: Judge Thad Heartfield
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/20/2007
Date Terminated: 11/14/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **Wrennette Stewart**<br>*Individually and as Next Friend of Philli Stewart, Jr., a minor* | represented by | **Christopher Thomas Kirchmer**<br>Provost Umphrey - Beaumont<br>490 Park St.<br>P.O. Box 4905<br>Beaumont, TX 77704-4905<br>409/835-6000<br>Fax: 409-813-8614<br>Email: ckirchmer@provostumphrey.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Philli Stewart, Sr**<br>*Individually and as Next Friend of Philli Stewart, Jr., a minor* | represented by | **Christopher Thomas Kirchmer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **C.R. Bard, Inc** | represented by | **D Mitchell McFarland** |

Harrison Bettis Staff McFarland &
Weems
500 Dallas St
Suite 2600
Houston, TX 77002
713/655-7511
Fax: 17136557526
Email:
mitch.mcfarland@harrisonbettis.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol Inc** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 1271468.), filed by Wrennette Stewart, Philli Stewart, Sr. (Attachments: # 1 Civil Cover Sheet)(Kirchmer, Christopher) (Entered: 09/21/2007) |
| 09/24/2007 | 2 | Magistrate Consent Form sent electroncially to plas' atty Christopher Kirchmer. (aam, ) (Entered: 09/24/2007) |
| 10/17/2007 | 3 | WAIVER OF SERVICE Returned Executed as to Davol Inc waiver sent on 9/21/2007. (bjc, ) (Entered: 10/18/2007) |
| 10/17/2007 | 4 | WAIVER OF SERVICE Returned Executed as to C.R. Bard, Inc waiver sent on 9/21/2007. (bjc, ) (Entered: 10/18/2007) |
| | | |

| | | |
|---|---|---|
| 11/14/2007 | 6 | CONDITIONAL TRANSFER ORDER (CTO-7) transferring case to the District of Rhode Island for inclusion in MDL 1842 in re: Kugel Mesh Hernia Patch Products Liability Litigation and assigned to the Honorable Judge Mary M Lisi (signed by Clerk of the Panel) (bjc, ) (Entered: 01/10/2008) |
| 11/21/2007 | 5 | MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by C.R. Bard, Inc, Davol Inc. (Attachments: # 1 Exhibit 1# 2 Text of Proposed Order Motion to Stay Proceedings)(McFarland, D) (Entered: 11/21/2007) |
| 01/10/2008 | | Electronically sent copies of the complaint, docket sheet and conditional transfer order to the District of Rhode Island for inclusion in MDL 1842. (bjc, ) (Entered: 01/10/2008) |