**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| WRENNETTE STEWART and PHILLI STEWART, SR., individually and as next friend of PHILLI STEWART, JR., a minor, | § § § § | Case No. 1:07-cv-00640-TH |
| Plaintiffs, | § § | **DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL, INC.'S MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL** |
| vs. | § § | |
| C.R. BARD, INC. and DAVOL INC., | § § | |
| Defendants. | § | |

Defendant C.R. Bard, Inc. and Defendant Davol, Inc. respectfully request that the Court enter an order staying all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this matter pending transfer of this "tag-along" action to the United States District Court for the District of Rhode Island for centralized pretrial proceedings in the multidistrict litigation presently styled as *In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION*, No. 1:07-MDL-1842-ML (D.R.I.) (J. Lisi). The grounds for this motion are set forth more fully below.

**MEMORANDUM IN SUPPORT OF MOTION**

Plaintiff alleges that the Composix® Kugel® Patch, a medical device manufactured and sold by Defendant Davol Inc. and used by Plaintiff's surgeon in conjunction with Plaintiff's hernia repair, was defective and unreasonably dangerous when put to its intended use.

This product liability action is but one of a number of related actions filed in federal courts across the country. In 2006, in fact, two plaintiffs who also allege that they sustained injuries resulting from their receipt and use of the Composix® Kugel® Patch filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") seeking transfer and centralization

of all cases involving this medical device pursuant to 28 U.S.C. § 1407. On May 31, 2007, the JPML heard that motion, and on June 22, 2007, the JPML granted the motion for transfer and consolidation. As a result, all federal court cases concerning the Composix® Kugel® Patch have been or imminently will be transferred to the District of Rhode Island for consolidated pretrial proceedings. *See In re Kugel Mesh Hernia Patch Prods. Liab. Litig* ., 493 F. Supp. 2d 1371 (J.P.M.L. 2007).

Based on the JPML's June 22, 2007, Transfer Order, and pursuant to Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 435-36 (2001), the JPML issued a conditional transfer order regarding this action on October 24, 2007. No objection to that conditional transfer order was made, and therefore transfer of this action to the United States District Court for the District of Rhode Island was effected on November 14, 2007. (*See* Conditional Transfer Order (CTO-7) docketed in D.R.I., November 14, 2007 (Ex. 1).) Given the transfer of this case, Defendants request that all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case be stayed. After transfer, Defendants agree and acknowledge that they will comply with any requirements and deadlines imposed by the District of Rhode Island with respect to this action.

**CONCLUSION**

WHEREFORE, Defendants request that the Court grant their Motion for Stay of Proceedings Pending Transfer to Federal MDL and enter an order staying and/or extending all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case in light of its transfer to the United States District Court for the District of Rhode Island.

Dated: November 21, 2007

Respectfully submitted,

HARRISON, BETTIS, STAFF, MCFARLAND & WEEMS, L.L.P

/s/ D. Mitchell McFarland
D. Mitchell McFarland
Attorney-In-Charge
State Bar No. 13597700
One Allen Center
500 Dallas, Suite 2600
Houston, Texas 77002
Phone: (713) 843-7900
Fax: (713) 843-7901
mcfarland@hbs-law.com

**ATTORNEYS FOR DEFENDANT C.R. BARD, INC. AND DEFENDANT DAVOL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2007, a true and correct copy of the foregoing MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL was electronically filed using the Court's CM/ECF system, and that notice of such filing was provided to counsel in the manner provided below:

Christopher Thomas Kirchmer
Provost Umphrey
490 Park St.
P.O. Box 4905
Beaumont, TX 77704-4905
409/835-6000
Fax: 409-813-8614
Email: ckirchmer@provostumphrey.com
(*electronic notice*)

/s/ D. Mitchell McFarland
D. Mitchell McFarland